Stuart B. Wolfe (SBN 156471)
Andrew A. Bao (SBN 247092)
aabao@wolfewyman.com
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
CITIMORTGAGE, INC. (erroneously
named as "CitiBank, N.A., dba
Citi Mortgage, Inc.") and SANJIV DAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MARTIN MACK, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., dba CITI MORTGAGE, INC.; SANJIV DAS, OR CURRENT CEO, an individual; QUALITY LOAN SERVICE CORPORATION; FIRST NATIONWIDE MORTGAGE CORPORATION, dba CAL FED LENDING; and DOES 1-100<br><br>Defendant. | Case No. CV10-05302 RGK (SSx)<br><br>**REQUESET FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CITIMORTGAGE, INC.'S AND SANJIV DAS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT; AND FOR A MORE DEFINITE STATEMENT**<br><br>Date:  November 22, 2010<br>Time:  9:00 a.m.<br>Place:  Crt. Rm. 850<br><br>Trial Date:  TBD |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant CITIMORTGAGE, INC., (erroneously named as "CitiBank, N.A., dba Citi Mortgage, Inc.") ("CMI") and SANJIV DAS ("DAS"), requests the Court take judicial notice of the following documents in support of Defendants' Motion to Dismiss Plaintiff's Complaint, Or In The Alternative, To Strike Portions of Plaintiff's Complaint, and for a More Definite Statement.

1

1. Assignment of Deed of Trust recorded in the Official Records of the County of Ventura on May 26, 2010, as Instrument No. 20100526-00078291-0, a true and correct copy of which is attached hereto as **Exhibit "1."**

2. Deed of Trust recorded in the Official Records of the County of Ventura on April 27, 2000, as Instrument No. 2000-0069621-00, a true and correct copy of which is attached hereto as **Exhibit "2."**

DATED: October 14, 2010             WOLFE & WYMAN LLP


By: /s/ Andrew A. Bao
    STUART B. WOLFE
    ANDREW A. BAO
Attorneys for Defendant
**CITIMORTGAGE, INC. and SANJIV DAS**

H:\Matters\CitiMtg, Inc. - CMI (1133.004)\447 (Mack)\Pleadings\RJN in Support of Motion to Dismiss.doc

1