UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5302 -RGK (SSx) | Date | February 8, 2011 |
|---|---|---|---|
| Title | MACK v. CITIBANK, N.A. et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Plaintiff's Motion to Demand this Court Read All Pleadings Plaintiff Files with this Court, and Adhere Only to Constitutionally Compliant Law and Case Law and More Particularly, the Bill of Rights, in its Rulings (DE 37)

On December 28, 2010, Plaintiff, in pro se, filed a motion with the following title: Motion to Demand this Court Read All Pleadings Plaintiff Files with this Court, and Adhere Only to Constitutionally Compliant Law and Case Law and More Particularly, the Bill of Rights, in its Rulings. The motion includes four generic demands: (1) that the Court "read, comprehend, and rule upon" each motion filed with the Court; (2) that the Court's rulings be supported by statute, case law, and the Constitution, and not deny Plaintiff his Constitutional rights; (3) that the Court abide by the Constitutional oaths taken by the judge and court officers; (4) acknowledge the sovereignty of American citizens, including Plaintiff, and acknowledge that the government and the Court operates in the service of citizens pursuant to the Constitution, thus any act the Court performs that is contrary to Constitutional authority is void.

In the motion, Plaintiff fails to identify any particular failing of the Court to comply with the law, the Constitution, or the oaths taken by its officers. Aside from articulating his understanding of the American constitutional system and the place of the Court and himself within it, the object of Plaintiff's motion is unclear.

As Plaintiff fails to articulate any legal remedy or object sought by this motion, and likewise fails to identify any statutory or other authority entitling him to such relief, the Court hereby **denies** Plaintiff's motion.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |